14 12166

Linda J. Hart
v
Ahead of the Rest Plumbing
et al

Dallas Co. District Court
44
State of TX

Notice of Appeal

I am appealing this decision for abuse
of discretion due to arbitrary and capricious
dismissal

Respectfully submitted
Linda J. Hart
4312 CAPRA WAY
BENBROOK TX 76126
no phone
no internet.